respondent grabbed a flashlight from an officer's hand and raised it above his head as if to strike the officer. That officer testified that he stepped back because he feared that respondent would strike him with the flashlight. The presentment agency thus adduced legally sufficient evidence establishing that the officer was placed in fear of physical injury (*cf. People v Peterkin*, 245 AD2d 1050, 1051 [1997], *lv denied* 91 NY2d 1011 [1998]; *People v Sylla*, 7 Misc 3d 8, 10 [App Term, 2d Dept 2005], *lv denied* 4 NY3d 857 [2005]). With respect to the crime of obstructing governmental administration, we conclude that the testimony that respondent grabbed the flashlight from the officer and raised it as if to strike the officer while the police were attempting to arrest his father is legally sufficient to establish that respondent was attempting to interfere with the arrest of his father (*see Matter of Joshua C.*, 289 AD2d 1095 [2001]; *see also Matter of Reginald B.*, 249 AD2d 979 [1998]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Peradotto, JJ.

■ In the Matter of MARIA M.F., an Infant. MICHAEL Q., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, et al., Respondent. [827 NYS2d 914]—Appeal from an amended order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered March 6, 2006 in a proceeding pursuant to Family Court Act article 10. The amended order dismissed the petition without prejudice.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of King v King*, 309 AD2d 1207 [2003]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Peradotto, JJ.

■ A.W. et al., Infants, by Their Parent and Natural Guardian, MALISSA WARD, Respondents, v EUGENE BIANCO et al., Defendants, and BOWPAS PROPERTIES, INC., Appellant. [827 NYS2d 907]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered December 1, 2005 in a personal injury action. The order, insofar as appealed from, denied the motion of defendant Bowpas Properties, Inc. for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court (*see Jackson v Brown*, 26 AD3d 804 [2006]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Peradotto, JJ.